IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>THEODORE THOMAS KEVIN RIVAS, et al.,<br><br>        Defendants.<br>_____/ | No. C-08-4639 MMC<br><br>**ORDER TO SHOW CAUSE** |

    Before the Court is plaintiff Great American Insurance Company's ("GAIC") Complaint in Interpleader, filed October 7, 2008 against nine claimants to a motor vehicle dealer bond (see Compl. ¶¶ 2, 19) and alleging jurisdiction based on diversity of citizenship (see id. ¶ 14.)

    Although GAIC identifies therein both the place of incorporation and principal place of business of itself and four of the five corporate entities named as defendants (see id. ¶¶ 4, 5, 7, 10, 14), GAIC fails to identify the principal place of business of defendant Dealer Services Corporation, the sole claimant not alleged to be a citizen of California. Consequently, GAIC has failed to demonstrate this Court has jurisdiction over the above-titled action. See 28 U.S.C. §§ 1332(a), (c)(1), 1335; State Farm Fire & Cas. Co. v. Tashire, 386 U.S. 523, 530-31 (1967).

//

1   Accordingly, GAIC is hereby ORDERED TO SHOW CAUSE, in writing and no later
2 than October 24, 2008, why the above-titled action should not be dismissed for lack of
3 subject matter jurisdiction.
4   **IT IS SO ORDERED.**

6 Dated:  October 10, 2008                                    _____
                                                              MAXINE M. CHESNEY
7                                                             United States District Judge