United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE CO., | No. C-08-4639 MMC |
|     Plaintiff, | **ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
|     v. | |
| THEODORE THOMAS KEVIN RIVAS, et al., | |
|     Defendants. / | |

On October 14, 2008, plaintiff filed a Notice of Voluntary Dismissal of Defendants Theodore Thomas Kevin Rivas and Cynthia L. Rivas. On October 15, 2008, plaintiff filed a Supplemental Response to Order to Show Cause. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents. Plaintiff is hereby advised that if it fails in the future to comply with General

1  Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed
2  documents, the Court may impose sanctions, including, but not limited to, striking from the
3  record any electronically-filed document of which a chambers copy has not been timely
4  provided to the Court.
5      **IT IS SO ORDERED.**

7  Dated: October 22, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge