**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    GREAT AMERICAN INSURANCE CO,            No. C-08-4639 MMC

12              Plaintiff,                     **ORDER STRIKING AMENDMENT TO**
                                              **COMPLAINT**
13        v.

14    THEODORE THOMAS KEVIN RIVAS, et al.,

15              Defendants.
      _____/
16

17          Before the Court is plaintiff's "Amendment to Complaint in Interpleader," filed

18    October 23, 2008.  By said document, plaintiff seeks to amend the complaint to add a new

19    defendant by purporting to substitute such defendant for a "Doe" defendant referenced in

20    the complaint.

21          In federal court, "[a]s a general rule, the use of 'John Doe' to identify a defendant is

22    not favored."  See Gillespie v. Civiletti, 629 F.2d 637, 642 (9th Cir. 1980).  Even where a

23    defendant is properly identified as a "Doe," when the plaintiff thereafter seeks to substitute

24    a named defendant, the proper procedure is to file an amended complaint to add the new

25    defendant and delete the "Doe" defendant.  See, e.g., Lindley v. General Elec. Co., 780

26    F.2d 797, 801-02 (9th Cir. 1986) (holding plaintiff properly substituted named defendant for

27    "Doe" defendant where plaintiff filed amended complaint adding named defendant and

28    eliminating "Doe" as party; noting "[f]ederal procedure permitted plaintiffs to do no more").

1       Accordingly, plaintiff's Amendment to Complaint is hereby STRICKEN.  If plaintiff

2   wishes to add a party to the instant action, it may file a First Amended Complaint in which

3   such party is named as a defendant.  <u>See</u> Fed. R. Civ. P. 15(a)(1) ("A party may amend its

4   pleading once as a matter of course . . . before being served with a responsive pleading . . .

5   .").

6       **IT IS SO ORDERED.**

7

8   Dated: October 29, 2008

                                  MAXINE M. CHESNEY

                                  United States District Judge

2