United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE CORPORATION,

    Plaintiff,

  v.

THEODORE THOMAS KEVIN RIVAS, et al.,

    Defendants.
_____/

No. C-08-4639 MMC

**ORDER DENYING REQUESTS FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**

    Before the Court are the requests of defendants Bank of Stockton, Westlake Services, Inc., and California Department of Motor Vehicles to appear telephonically at the January 23, 2009 Case Management Conference.[1] Where the Court grants a party's request to appear telephonically, it requires all other parties to appear by telephone as well. In light of the number of parties to the above-titled action, including one party who is appearing pro se, the Court finds a telephonic Case Management Conference would not be reasonably practicable.

    Accordingly, the requests are hereby DENIED.

    **IT IS SO ORDERED.**

Dated:  January 16, 2009

                                           MAXINE M. CHESNEY
                                           United States District Judge

---

[1] The request of Bank of Stockton was filed January 13, 2009.  The requests of Westlake Services, Inc. and California Department of Motor Vehicles each were filed January 15, 2009.