JAMES T. C. NUSS (SBN: 89011)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA 95201-2030
Telephone: (209) 948-8200
Facsimile: (209) 948-4910

Attorneys for Defendant BANK OF STOCKTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE CORPORATION, an Ohio corporation;<br><br>Plaintiff,<br><br>vs.<br><br>THEODORE THOMAS KEVIN RIVAS, individually and dba BRIDGESIDE MOTORS, et al.;<br><br>Defendants. | Case No. C08-04639 MMC ADR<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE ; ORDER THEREON**<br>Date: January 23, 2009<br>Time: 10:30 AM<br>Dept.: 7<br>Judge: Hon. Maxine M. Chesney |

Pursuant to Civil L.R. 16-10(a), and in light of the Order Denying Requests for Telephonic Appearance at Initial Case Management Conference entered by the Court on January 16, 2009, Plaintiff GREAT AMERICAN INSURANCE CORPORATION together with all Defendants who have appeared in the action jointly request to appear telephonically in lieu of appearing in person at the Initial Case Management Conference on January 23, 2009, at 10:30 AM.

Dated: 1/20/09

MARK A. VAUGHN
Attorney for Plaintiff,
GREAT AMERICAN INSURANCE COMPANY

Dated: 1/20/09

LISA BLANCO JIMENEZ
Attorney for Defendant,
BANK OF STOCKTON

JOINT REQUEST FOR TELEPHONIC APPEARANCE

1  Dated: 1/17/09

　　　　　　　　　　　　　　　　　　_____
2　　　　　　　　　　　　　　　　　　JOSHUA GRATCH
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
3　　　　　　　　　　　　　　　　　　WESTLAKE SERVICES, INC.

4  Dated: 1/17/09

　　　　　　　　　　　　　　　　　　_____
5　　　　　　　　　　　　　　　　　　GERALD THORP
　　　　　　　　　　　　　　　　　　In Pro Se

6

7  Dated: _____

　　　　　　　　　　　　　　　　　　_____
8　　　　　　　　　　　　　　　　　　O'HARRALL A. SAGO
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
9　　　　　　　　　　　　　　　　　　CALIFORNIA DEPT OF MOTOR VEHICLES

2

JOINT REQUEST FOR TELEPHONIC APPEARANCE

544328-2

```
1  Dated: _____              _____
                                   JOSHUA GRATCH
2                                  Attorney for Defendant,
                                   WESTLAKE SERVICES, INC.
3

4  Dated: _____              _____
                                   GERALD THORP
5                                  In Pro Se

6
                                   [signature]
7  Dated: 1/20/09                  _____
                                   O'HARRALL A. SAGO
8                                  Attorney for Defendant,
                                   CALIFORNIA DEPT OF MOTOR VEHICLES
```

Dated: January 20, 2009

**DENIED**
*Maxine M. Chesney*
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA