**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF STOCKTON, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4639 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST TO CONTINUE MEDIATION DEADLINE AND CASE MANAGEMENT CONFERENCE** |

    Before the Court is the parties' Stipulation to Continue Mediation Deadline and to Continue Further Status Conference, filed March 30, 2009 and amended April 2, 2009, by which the parties request that both the deadline to complete mediation and the Status Conference in the above-titled action be continued from June 5, 2009 to August 7, 2009.  In support of such request, the parties state that not all parties named in the First Amended Complaint have been served and that additional parties "will be added, thus necessitating the filing of a Second Amended Complaint." (See Stipulation at 3:1-2.)

    Having read and considered the Stipulation, the Court hereby DENIES without prejudice the relief sought therein, for the reason that the parties have failed to offer any reason why amendment of the complaint, completion of service, and mediation cannot be

accomplished prior to June 5, 2009, a date more than two months from the present.[1]

**IT IS SO ORDERED.**

Dated: April 2, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge

---

[1] The Court further notes that the deadline to complete service of process was February 20, 2009, and the June 5, 2009 Status Conference was scheduled for a date almost five months after the initial Case Management Conference.

2