IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>THEODORE THOMAS KEVIN RIVAS, et al.,<br><br>    Defendants.<br>_____/ | No. C-08-4639 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING JOINT REQUEST FOR TELEPHONIC APPEARANCE** |

    Before the Court is the parties' Joint Case Management Conference Statement, filed May 21, 2009, in which the parties state, <u>inter alia</u>, that a mediation in the above-titled action is scheduled for June 4, 2009. Also before the Court is the parties' Joint Request for Telephonic Appearance at the Case Management Conference.

    In light of the scheduled mediation, the Case Management Conference currently scheduled for June 5, 2009 is hereby CONTINUED to July 10, 2009. A Joint Case Management Conference Statement shall be filed no later than July 2, 2009.

    Further, in light of the number of parties to the above-titled action, including one party who is proceeding pro se, the Court finds a telephonic Case Management Conference is not practicable, and, accordingly, the Joint Request for Telephonic Appearance is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: May 28, 2009

                                                                  MAXINE M. CHESNEY
                                                                  United States District Judge