IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>BANK OF STOCKTON, et al.,<br><br>            Defendants. | No. C-08-4639 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the status of the above-titled action, specifically, the pending disbursement of the balance of the bond deposited with the Court, the Case Management Conference scheduled for July 10, 2009 is hereby CONTINUED to August 7, 2009.

**IT IS SO ORDERED.**

Dated: July 7, 2009

                                                                    MAXINE M. CHESNEY
                                                                    United States District Judge