IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | No. C-08-4639 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| BANK OF STOCKTON, et al., | |
| Defendants. | |

The Clerk having informed the Court that the balance of the Bond and the accrued interest thereon have been disbursed, the above-titled action, pursuant to the Stipulation and Order filed June 12, 2009, is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge